JAMES DUNLOP,[1] Chief Judge; JAMES S. MORSELL and WILLIAM
W. MERRICK,[2] Associate Judges.

---

WILLIAM T. DOVE, USE OF RICHARD HALLACK, TRUSTEE, &c.,

*vs.*

J. H. BLAIR.

AT LAW. DECIDED JANUARY 25, 1856.

*Motion in Arrest of Judgment.*

A motion in arrest of judgment
will be dismissed if made after
judgment is rendered and execution issued thereon.

Messrs. CARLISLE AND SHEHAN for the plaintiff.

Messrs. BRADLEY AND SHELTON for the defendant.

Motion in arrest of judgment.

The clerk will please enter a motion in arrest of judgment in this case, on the ground that there are errors appearing on the face of the record.

---

[1] James Dunlop sworn in as Chief Judge on the 14th day of December, 1855, vice Wm. Cranch, deceased. (See appendix.)

[2] Wm. M. Merrick sworn in as Associate Judge on the 17th day of December, 1855, vice James Dunlop, appointed Chief Judge.

And thereupon the said motion in arrest of judgment coming on regularly to be heard, the plaintiff by his counsel objected to the same being heard by this Court, on the ground that the said motion was not filed in time, according to the usage and practice of this Court, and on the further ground that said motion was filed after judgment was rendered, and a *fieri facias* issued thereon, said judgment having been rendered on the 23rd of April, 1855, and said *fieri facias* having been issued on the 8th of May following, and the Court having heard and considered the said objection, refused to consider the said motion in arrest of judgment, and order and direct the same to be dismissed.

Motion dismissed.